1 | STEVEN T. GUBNER – Bar No. 156593
ROBYN B. SOKOL – Bar No. 159506
2 | COREY R. WEBER – Bar No. 205912
BRUTZKUS GUBNER
3 | 21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
4 | Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
5 | Emails:  rsokol@bg.law
          cweber@bg.law
6 |
Special Litigation Counsel
7 | for Jonathan D. King, Chapter 7 Trustee
for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD.
8 |

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **LOS ANGELES DIVISION**

| | |
|---|---|
| 12  In re | Case No.:  2:17-bk-21386-SK |
| | Jointly Administered with |
| 13  ZETTA JET USA, INC., a California | Case No. 2:17-bk-21387-SK |
| corporation, | |
| 14 | Adv. Case No. 2:19-ap-01320-SK |
|     Debtor. | |
| 15 | Chapter 7 |
| ─────────────────────────── | |
| 16  ZETTA JET PTE, LTD., a Singaporean | |
| corporation, | **NOTICE OF REFERRAL TO** |
| 17 | **MEDIATION** |
|     Debtor. | |
| 18 | |
| ─────────────────────────── | |
| 19 | |
| 20  JONATHAN D. KING, solely in his capacity as | |
| Chapter 7 Trustee of Zetta Jet USA, Inc. and | |
| 21  Zetta Jet PTE, Ltd. | |
| 22      Plaintiff, | |
| 23  v. | |
| 24  MATHER AVIATION, | |
| 25      Defendant. | |
| 26 | |
| 27 | |
| 28 | |

2227382

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that pursuant to the *Order Approving Motion Of Chapter 7 Trustee For Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd. Establishing Procedures Governing Adversary Proceedings Pursuant To Sections 547, 548 And 550 Of The Bankruptcy Code* [D.I. 967], dated July 10, 2019 (the "Procedures Order") the above-referenced adversary proceeding is referred to mediation with respect to defendant Mather Aviation.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Procedures Order, Mather Aviation and Jonathan D. King, Chapter 7 Trustee for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD. ("Trustee"), must in good faith seek to mutually select a mediator within 21 days after referral to mediation (the "Mediation Deadline").

DATED:  December 24, 2019              BRUTZKUS GUBNER


                                      By:  /s/ Robyn B. Sokol
                                           Robyn B. Sokol
                                           Special Litigation Counsel
                                           for Jonathan D. King, Chapter 7 Trustee
                                           for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD.

2227382

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: NOTICE OF REFERRAL TO MEDIATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 24, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robyn B Sokol     ecf@bg.law, rsokol@bg.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **December 24, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court
Los Angeles Division - Roybal Federal Bldg.
255 East Temple Street, Suite 1582
Los Angeles, CA  90012-3332

<u>Counsel for Defendant</u>
Cindy Lee Hill
Hill & Morris
5150 Sunrise Blvd F-5
Fair Oaks, CA 95628

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 10, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Cindy Hill, Counsel for Defendant - cindy@hillandmorris.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 24, 2019 | NKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**