HILL & MORRIS, Attorneys at Law
CINDY LEE HILL, Esq.
(State Bar No. 119213)
5150 Sunrise Blvd F-5
Fair Oaks CA 95628
Telephone: (916) 671-1144
Attorneys for Defendant

**FILED**
JAN 06 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Zetta Jet USA, Inc., A California Corporation<br><br>_____Debtor._____/<br>Zetta Jet PTE, LTD., a Singaporean corporation,<br><br>_____Debtor._____/<br>Jonathan D. King, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc., and Zetta Jet, PTE, Ltd.<br><br>Plaintiff<br>vs.<br><br>Mather Aviation<br><br>_____Defendant._____/ | Case No. 2:17-bk-21386 SK<br><br><br><br><br><br><br><br>Adversary No. 2:19-ap-01320-SK<br><br>Status Hearing : 02/12/2020<br>Time: 10:00 a.m. |

## NOTICE OF ERRATA

Mather Aviation, defendant herein, hereby files a notice of Errata to correct the case number and correct District for the case, as it relates to the Defendant's answer docketed on December 16, 2019.

Dated: 12/27/19

Respectfully submitted,

HILL & MORRIS
Attorneys at Law

By: _____
Cindy Lee Hill

1

**HILL & MORRIS**, Attorneys at Law
CINDY LEE HILL, Esq.
(State Bar No. 119213)
5150 Sunrise Blvd F-5
Fair Oaks CA 95628
Telephone: (916) 671-1144
Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  Zetta Jet USA, Inc., A<br>California Corporation<br><br>_____Debtor._____/<br>Zetta Jet PTE, LTD., a<br>Singaporean corporation,<br><br>_____Debtor._____/<br>Jonathan D. King, solely in his capacity<br>as Chapter 7 Trustee of Zetta Jet<br>USA, Inc., and Zetta Jet, PTE, Ltd.<br><br>　　Plaintiff<br>vs.<br><br>Mather Aviation<br><br>_____Defendant._____/ | Case No.  2:17-bk-21386 SK<br><br><br><br><br><br><br><br>Adversary No. 2:19-ap-01320-SK<br><br>Status Hearing : 02/12/2020<br>Time: 10:00 a.m. |

## NOTICE OF ERRATA
## ANSWER TO COMPLAINT

Mather Aviation, defendant herein, hereby responds and answers the complaint of Jonathan D King, Trustee as follows

　　1. As to paragraph 1 of the complaint, Defendant asserts the paragraph speaks for itself.  To the extent there are allegations of fact that can be implied therein, Defendant denies them.

　　2. As to paragraph 2 of the complaint, Defendant asserts the paragraph speaks for itself. To the extent there are allegations of fact that can be implied therein, Defendant denies them.