FILED
JAN 06 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

1  HILL & MORRIS, Attorneys at Law
   CINDY LEE HILL, Esq.
2  (State Bar No. 119213)
   5150 Sunrise Blvd F-5
3  Fair Oaks CA 95628
   Telephone: (916) 671-1144
4  Attorneys for Debtor

5

6              UNITED STATES BANKRUPTCY COURT

7              EASTERN DISTRICT OF CALIFORNIA

8  In re: Zetta Jet USA, Inc., A            Case No. 2:17-bk-21386 SK
          California Corporation
9
          Debtor.                       /
10       Zetta Jet PTE, LTD., a
          Singaporean corporation,
11
          Debtor.                       /
12 Jonathan D. King, solely in his capacity    Adversary No. 2:19-ap-01320-SK
   as Chapter 7 Trustee of Zetta Jet
13 USA, Inc., and Zetta Jet, PTE, Ltd.          Status Hearing : 02/12/2020
                                                Time: 10:00 a.m.
14       Plaintiff
   vs.
15 Mather Aviation

16       Defendant.                      /

17                    **PROOF OF SERVICE**

18    I am a citizen of the United States and a resident of the County aforesaid; I am

19 over the age of eighteen years and not a party to the within action; my business address

20 is 5150 Sunrise Boulevard, Suite F-5, Fair Oaks, CA 95628.

21    On December 30, 2019 I served the within copies of

22                    **NOTICE OF ERRATA**

23    by mail on the Plaintiff's Attorney at:

24 Robyn B. Sokol
   Brutzkus Gubner
25 21560 Oxnard St. Ste 500
   Woodland Hills, CA 91367
26

27 The documents described above were sent by first class mail to the address listed above

1

on the date stated above in Fair Oaks, California.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date: 12/30/19

Hill & Morris, Attorneys at Law

Cindy Lee Hill