**HILL & MORRIS,** Attorneys at Law
Cindy Lee Hill, Esq.
SBN 119213
5150 Sunrise Blvd. Ste E-4
Fair Oaks CA 95628
Telephone: (916) 671-1144

Attorney for Defendant

FILED
MAR 26 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Zetta Jet USA, Inc., A California Corporation<br><br>　　　　Debtor.　　　　/<br>Zetta Jet PTE, LTD., a Singaporean corporation,<br><br>　　　　Debtor.　　　　/<br>Jonathan D. King, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc., and Zetta Jet, PTE, Ltd.<br><br>　　　　Plaintiff<br>vs.<br><br>Mather Aviation<br><br>　　　　Defendant.　　　　/ | Case No. 2:17-bk-21386 SK<br><br><br><br><br><br><br>Adversary No. 07-2235-B<br>19-01320-SK |

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given:

As of March 16, 2020, the address for HILL & MORRIS, Attorneys at Law, counsel for Defendant, will be as follows:

**5150 Sunrise Boulevard, Suite E-4, Fair Oaks CA 95628**

Please provide all further notices to said address.

Respectfully submitted,

/s/ Cindy Lee Hill
Cindy Lee Hill
Attorney at Law

1