**HILL & MORRIS**, Attorneys at Law
CINDY LEE HILL, Esq.
(State Bar No. 119213)
5150 Sunrise Blvd Ste E-4
Fair Oaks CA 95628
Telephone: (916) 671-1144
Attorneys for Debtor

FILED
MAR 26 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Zetta Jet USA, Inc., A California Corporation<br><br>_____Debtor._____ /<br>Zetta Jet PTE, LTD., a Singaporean corporation,<br><br>_____Debtor._____ /<br>Jonathan D. King, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc., and Zetta Jet, PTE, Ltd.<br><br>Plaintiff<br>vs.<br>Mather Aviation<br><br>_____Defendant._____ / | Case No. 2:17-bk-21386 SK<br><br><br><br><br><br><br>Adversary No. 2:19-ap-01320-SK<br><br>Status Hearing : 02/12/2020<br>Time: 10:00 a.m. |

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 5150 Sunrise Boulevard, Suite F-5, Fair Oaks, CA 95628.

On March 23, 2020, I served the within copies of

**Notice of Change of Address**

by mail on the Plaintiff's Attorney at:

Robyn B. Sokol
Brutzkus Gubner
21560 Oxnard St. Ste 500
Woodland Hills, CA 91367

The documents described above were sent by first class mail to the address listed above

1

1 | on the date stated above in Fair Oaks, California.

4 | I declare under penalty of perjury of the laws of the State of California that the
5 | foregoing is true and correct.
6 | Date:                                                    Hill & Morris, Attorneys at Law

_____
Cindy Lee Hill

HILL & MORRIS
Attorneys at Law
5150 Sunrise Blvd E-4
Fair Oaks CA 95628
(916) 671-1144