1  STEVEN T. GUBNER – Bar No. 156593
   ROBYN B. SOKOL – Bar No. 159506
2  COREY R. WEBER – Bar No. 205912
   BRUTZKUS GUBNER
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone:  (818) 827-9000
   Facsimile:   (818) 827-9099
5  Emails:  rsokol@bg.law
            cweber@bg.law
6
   Special Litigation Counsel
7  for Jonathan D. King, Chapter 7 Trustee
   for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD.
8

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                  **LOS ANGELES DIVISION**

12 | In re                                          | Case No.:  2:17-bk-21386-SK
                                                     | Jointly Administered with
13 | ZETTA JET USA, INC., a California              | Case No. 2:17-bk-21387-SK
   | corporation,                                   |
14 |                                                | Adv. Case No. 2:19-ap-01320-SK
   |                     Debtor.                     |
15 | _____         | Chapter 7

16 | ZETTA JET PTE, LTD., a Singaporean
   | corporation,
17 |                                                | **NOTICE OF SELECTION OF
   |                     Debtor.                     | MEDIATOR**
18 |
   |
19 | _____
   |
20 | JONATHAN D. KING, solely in his capacity as
   | Chapter 7 Trustee of Zetta Jet USA, Inc. and
21 | Zetta Jet PTE, Ltd.
   |
22 |                     Plaintiff,
   |
23 | v.
   |
24 | MATHER AVIATION,
   |
25 |                     Defendant.

26

27

28

2306417

1

**PLEASE TAKE NOTICE** that pursuant to the *Order Approving Motion Of Chapter 7*

*Trustee For Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd. Establishing Procedures Governing*

*Adversary Proceedings Pursuant To Sections 547, 548 And 550 Of The Bankruptcy Code* [Dkt. 967],

dated July 10, 2019 (the "Procedures Order") the above-referenced adversary proceeding is referred

to mediation with respect to defendant Mather Aviation ("Defendant").

   **PLEASE TAKE FURTHER NOTICE** that pursuant to the Procedures Order, the parties

inform the Court that they have selected mediator Geoffrey Berman of DSI Consulting to act as the

mediator in this case.

DATED:  May 26, 2020       BRUTZKUS GUBNER


             By:  /s/ Robyn B. Sokol
               Robyn B. Sokol
               Special Litigation Counsel
               for Jonathan D. King, Chapter 7 Trustee
               for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD.

2306417

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: NOTICE OF SELECTION OF MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 24, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robyn B Sokol     ecf@bg.law, rsokol@bg.law
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **May 27, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**[Delivery to Judge is temporarily suspended, per Amended General Order 20-02]**

Honorable Sandra R. Klein
United States Bankruptcy Court
Los Angeles Division - Roybal Federal Bldg.
255 East Temple Street, Suite 1582
Los Angeles, CA  90012-3332

Counsel for Defendant
Hill and Morris
Cindy Lee Hill
5150 Sunrise Boulevard, Suite E-4
Fair Oaks, CA 95628

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 26, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Cindy Hill, Counsel for Defendant - cindy@hillandmorris.com
Geoffrey Berman, Mediator - gberman@DSIConsulting.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 26, 2020 | NKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**