STEVEN T. GUBNER – Bar No. 156593
ROBYN B. SOKOL – Bar No. 159506
COREY R. WEBER – Bar No. 205912
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Emails:  rsokol@bg.law
         cweber@bg.law

Special Litigation Counsel
for Jonathan D. King, Chapter 7 Trustee
for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ZETTA JET USA, INC., a California corporation,<br><br>              Debtor.<br>_____<br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>              Debtor.<br>_____<br>JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.<br><br>              Plaintiff,<br>v.<br><br>MATHER AVIATION,<br><br>              Defendant. | Case No.: 2:17-bk-21386-SK<br>Jointly Administered with<br>Case No. 2:17-bk-21387-SK<br><br>Adv. Case No. 2:19-ap-01320-SK<br><br>Chapter 7<br><br>**NOTICE OF DISMISSAL OF ADVERSARY COMPLAINT**<br><br>Status Conference Date:<br>**Date:** February 17, 2021<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 1575<br>        United States Bankruptcy Court<br>        255 E. Temple Street<br>        Los Angeles, CA  90012 |

2412700

1

**TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Jonathan D. King, Chapter 7 Trustee, pursuant to Federal Rule of Civil Procedure 41(c), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, hereby dismisses with prejudice the Complaint To Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. 547(b), 548(a), 550 and 502 [Bk Doc. #1].

DATED: October 5, 2020                    BRUTZKUS GUBNER

                                              By: /s/ Robyn B. Sokol
                                              Robyn B. Sokol
                                              Special Litigation Counsel
                                              for Jonathan D. King, Chapter 7 Trustee
                                              for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD.

2412700

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled: **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**[Delivery to Judge is temporarily suspended if under 25 pages, per Amended General Order 20-08]**

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **October 5, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robyn B Sokol     ecf@bg.law, rsokol@bg.law
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court
Los Angeles Division - Roybal Federal Bldg.
255 East Temple Street, Suite 1582
Los Angeles, CA  90012-3332

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 5, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Cindy Hill, Counsel for Defendant - cindy@hillandmorris.com
Eric Negendank -  enegendank@matheraviation.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 5, 2020 | NKOLA A. FIELDS | /s/ Nikola A. Fields |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                     **F 9013-3.1.PROOF.SERVICE**